IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACQUELINE FORD,<br><br>                Plaintiff(s),<br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>                Defendant(s). | CASE NO. 2:11-cv-01614-TJS |

**DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S FEDERAL
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

NOW COMES the defendant, NCO Financial Systems, Inc. (NCO), through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

    1.    Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

    2.    NCO Financial Systems, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations are wholly owned by NCO Group, Inc. NCO Group, Inc. is a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own

- 2 -

approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

                                        Respectfully submitted,

April 11, 2011                    /s/ Ross S. Enders
                                        Ross S. Enders, Esq.(89840)
                                        SESSIONS, FISHMAN, NATHAN & ISRAEL
                                        200 Route 31 North, Suite 203
                                        Flemington, NJ 08822
                                        PH   (908) 751-5941
                                        Fax   (908) 751-5944
                                        renders@sessions-law.biz
                                        Attorneys for Defendant
                                        NCO Financial Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 11th day of April 2011, a copy of **Defendant NCO Financial Systems, Inc.'s Corporate Disclosure Statement** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiffs' counsel as described below. Parties may access this filing through the Court's system.

    Craig T. Kimmel, Esq.
    Kimmel & Silverman, P.C.
    30 E. Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888 Ext. 116
    Fax: (800) 863-1689
    kimmel@creditlaw.com
    Attorney for Plaintiff

    /s/ Ross S. Enders
    Ross S. Enders, Esq.
    Attorney for Defendant
    NCO Financial Systems, Inc.

\\sfnfs02\prolawdocs\6947\6947-27301\Ford, Jaqueline\398007.doc