# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACQUELINE FORD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | NO. 11-1614 |

## ORDER

**AND NOW**, this 2nd day of May, 2011, upon consideration of the Offer of Judgment (Document No. 6) and the defendant having accepted the offer, it is **ORDERED** that **JUDGMENT** is entered in favor of the plaintiff Jacqueline Ford and against the defendant NCO Financial Systems, Inc. in the amount of $1,000.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE, J.